NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1535

GPS INDUSTRIES, INC. and OPTIMAL I.P. HOLDINGS, L.P.,

Plaintiffs-Appellants,

v.

ALTEX CORPORATION, DECA INTERNATIONAL CORP.,
GOLDFLOGIX, INC., and L1 TECHNOLOGIES, INC.,

Defendants-Appellees,

and

GPS GOLF PRO, LLC, KARRIER COMMUNICATIONS,
GPS TECHNOLOGIES, INC., LINKS POINT, INC.,
and TEE2GREEN TECHNOLOGIES, PTY LTD.,

Defendants,

and

SKYHAWKE TECHNOLOGIES, LLC,

Defendant-Appellant.

Appeal from the United States District Court for the Northern District of Texas
in case no. 3:07-CV-0831, Judge Ed Kinkeade.

ON MOTION

ORDER

Upon consideration of the appellants' motion for an extension of time to file their response to the motion to take judicial notice,

IT IS ORDERED THAT:

The motion for an extension of time is granted. The response to the motion to take judicial notice is due no later than March 25, 2010 and the reply is due no later than April 9, 2010.

FOR THE COURT

MAR 0 3 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Alfonso Garcia Chan, Esq.
     John L. Hendricks, Esq.
     Arthur I. Neustadt, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 3 2010

JAN HORBALY
CLERK